AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>PATEL, MARILYN H | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>06/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge USDC | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 36060<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED JUN 14 10 43 AM '06
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 06/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Cardozo Law School | New York, NY, March 3 - 7, 2005, Moot Court Competition (meals, lodging and transportation) |
| 2. | FJC | Brooklyn, NY, November 1 - 7, 2005, Seminar on Law and Science VI (meals, lodging and transportation |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 06/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 06/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Agilent | | None | | | Sell | 2/15 | K | A | |
| 2. Amkor Techs Inc. | | None | K | T | | | | | |
| 3. Applied Micro Circuits | | None | J | T | | | | | |
| 4. Arch Coal | | None | | | Buy | 3/10 | L | | |
| 5. Arch Coal | | None | | | Sell | 4/26 | L | D | |
| 6. Arqule | | None | J | T | | | | | |
| 7. Auspex | | None | | | Sell | 6/30 | J | **Loss** | |
| 8. Avaya | | None | K | T | | | | | |
| 9. Avigen | | None | J | T | | | | | |
| 10. Avnet Inc. | | None | | | Buy | 1/18 | K | | |
| 11. Avnet Inc. | | None | | | Sell | 2/18 | K | A | |
| 12. Axis Capital | B | Dividend | L | T | Buy | 12/21 | L | | |
| 13. Banco Santander Chile | | None | | | Sell | 2/25 | L | D | |
| 14. Bancolumbia S.A. | B | Dividend | L | T | | | | | |
| 15. Bank of America | D | Dividend | M | T | | | | | |
| 16. BEA Systems | | None | J | T | | | | | |
| 17. Boeing | B | Dividend | M | T | Buy | 11/11 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 06/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brazil Rep. Cap. | E | Interest | | | Sell | 10/17 | N | **Loss** | |
| 19. Broadwing Corp. | | None | | | Sell | 11/14 | J | **Loss** | |
| 20. Brocade Communications | | None | J | T | | | | | |
| 21. Calif. HLTH (Muni Bonds) | D | Interest | N | T | Buy | 3/14 | N | | |
| 22. Charles Schwab Corp | A | Dividend | K | T | | | | | |
| 23. Citrix Systems | | None | L | T | | | | | |
| 24. Conexant Systems | | None | J | T | | | | | |
| 25. Consol. Energy | | None | L | T | Buy | 12/21 | L | | |
| 26. Cooper Cameron | | None | L | T | Buy | 1/18 | L | | |
| 27. Corning Inc. | | None | | | Sell | 5/05 | K | D | |
| 28. Divine Inc. | | None | | | Sell | 6/30 | J | **Loss** | |
| 29. Doral Financial | A | Dividend | K | T | Buy | 3/23 | K | | |
| 30. Dow Chemical | C | Dividend | L | T | Buy | 3/15 | L | | |
| 31. Embraer Empresa Bras DDADS | B | Dividend | L | T | | | | | |
| 32. Emulex | | None | K | T | | | | | |
| 33. Extreme Networks | | None | J | T | | | | | |
| 34. Finisar Corp | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 06/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fleet Capital | B | Interest | L | T | Sell | 9/30 | K | Loss | |
| 36. FMC Technologies | | None | L | T | Buy | 9/30 | L | | |
| 37. Foundation Coal | A | Dividend | L | T | Buy | 7/25 | L | | |
| 38. Foundry | | None | J | T | | | | | |
| 39. Google Inc. | | None | M | T | Buy | 11/7 | M | | |
| 40. Highmark California Tax Free | B | Dividend | N | T | | | | | |
| 41. Honeywell Int'l | C | Dividend | M | T | | | | | |
| 42. Household Capital | C | Interest | | | Sell | 6/01 | M | Loss | |
| 43. Idenix Pharmaceuticals | | None | | | Sell | 6/28 | L | E | |
| 44. Informatica Corp. | | None | K | T | | | | | |
| 45. Infospace Inc. | | None | | | Sell | 12/07 | J | Loss | |
| 46. Interplay Entertainment | | None | | | Sell | 11/14 | J | Loss | |
| 47. Interwoven Inc. | | None | | | Sell | 6/30 | J | Loss | |
| 48. I Village Inc. | | None | K | T | Buy | 1/21 | K | | |
| 49. Jo Ann Stores Inc. | | None | J | T | Buy | 12/19 | J | | |
| 50. JP Morgan Chase | B | Dividend | K | T | | | | | |
| 51. King Pharmaceuticals | | None | L | T | Buy | 5/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 06/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kookmin Bank | B | Dividend | | | Sell | 1/28 | L | E | |
| 53. Kopin Corp. | | None | J | T | | | | | |
| 54. Lyondell Chemical | A | Dividend | K | T | | | | | |
| 55. MacQuarie Infrastruct. Co. | B | Dividend | K | T | Buy | 12/19 | K | | |
| 56. Maytag Corp. | A | Dividend | | | Buy | 4/18 | K | | |
| 57. Maytag Corp | A | Dividend | | | Sell | 6/30 | K | D | |
| 58. Mindspeed | | None | | | Sell | 6/30 | J | **Loss** | |
| 59. Mitsubishi FNL. | A | Dividend | M | T | Buy | 12/20 | M | | |
| 60. Monsanto Co. | A | Dividend | L | T | Buy | 12/19 | K | | |
| 61. National Semiconductor | A | Dividend | | | Sell | 6/23 | K | C | |
| 62. Nortel Networks | | None | J | T | | | | | |
| 63. Nvidia | | None | | | Sell | 11/29 | M | D | |
| 64. PeopleSoft Inc. | | None | | | Sell | 2/7 | K | D | |
| 65. Pfizer | | None | | | Sell | 1/11 | L | B | |
| 66. Polaris Industries | B | Dividend | L | T | | | | | |
| 67. Polo Ralph Lauren | A | Dividend | | | Sell | 2/15 | L | A | |
| 68. Providian Financial | | None | | | Merger | 10/05 | K | **Loss** | merged w/Washington |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 06/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Mutual |
| 69. Raytheon Co. | A | Dividend | K | T | Buy | 1/21 | K | | |
| 70. Renaissance Re | | None | K | T | Buy | 12/21 | K | | |
| 71. RF Micro Devices | | None | J | T | | | | | |
| 72. RYL Bank Scotland | E | Dividend | | | Sell | 12/02 | N | E | |
| 73. RYL Bank Scotland | E | Dividend | M | T | Buy | 12/07 | M | | |
| 74. Sandisk Corp. | | None | | | Sell | 1/28 | K | D | |
| 75. Schering Plough | A | Dividend | K | T | | | | | |
| 76. Schlumberger Ltd. | A | Dividend | | | Sell | 7/27 | L | E | |
| 77. Shinhan Financial Group, Ltd | | None | | | Buy | 5/23 | L | | |
| 78. Shinhan Financial Group, Ltd | | None | | | Sell | 8/01 | L | D | |
| 79. Skyworks Solutions | A | Dividend | | | Sell | 12/07 | J | **Loss** | |
| 80. Sun Microsystems | | None | K | T | | | | | |
| 81. Sycamore Networks | | None | J | T | | | | | |
| 82. Transmeta Corp. | | None | | | Sell | 6/30 | J | **Loss** | |
| 83. Triquint Semiconductor | | None | | | Sell | 11/14 | J | **Loss** | |
| 84. 12 Tech Inc. | | None | | | Sell | 12/02 | J | **Loss** | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PATEL, MARILYN H | 06/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Under Armour, Inc. | | None | | | Buy | 11/18 | M | | |
| 86. Under Amour, Inc | | None | | | Sell | 11/21 | M | C | |
| 87. Unibanco GDS | B | Dividend | | | Sell | 2/4 | L | E | |
| 88. Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #3 |
| 89. Union Pacific Corp. | | None | L | T | Buy | 12/21 | L | | |
| 90. Verity | | None | | | Sell | 12/30 | K | **Loss** | |
| 91. Vignette Corp. | | None | | | Sell | 6/30 | J | **Loss** | |
| 92. Warner Music Group | | None | | | Buy | 5/10 | K | | |
| 93. Warner Music Group | | None | | | Sell | 8/23 | K | A | |
| 94. Washington Mutual | A | Dividend | L | T | Merger | 10/5 | L | | merged w/Providian Fin. |
| 95. Williams Co. Inc | A | Dividend | K | T | | | | | |
| 96. World Savings | A | Interest | K | T | | | | | |
| 97. Yahoo Inc. | | None | K | T | Buy | 1/21 | K | | |
| 98. Xilinx Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. All assets are held unless otherwise noted.

2. Section VII (No. 18: Brazil Rep. Cap. - Income is return on principal)

3. Section VII (Investments and Trusts), No. 88: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 6/12/06 _____

NOTE: ANY INDI████████████████████FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544